

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00174-CV

TOM MADDUX, INDIVIDUALLY, AND
DBA LOST PRAIRIE CYCLES; AKA
THOMAS EARL MADDUX,

                                               **Appellant**

 v.

MICHAEL D. REID,

                                               **Appellee**

### From the 87th District Court
### Limestone County, Texas
### Trial Court No. 29,549-A

## O R D E R

This appeal was abated on June 12, 2014 for the trial court to have a hearing to, among other things, determine and resolve the issue with regard to the amount of payment required to obtain the record and a date by which the reporter would have the record properly prepared and filed. Although no hearing was held as ordered, the reporter's record has now been filed.

This appeal is reinstated.  Appellant's brief is due 30 days from the date of this order of reinstatement.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal reinstated
Order issued and filed July 17, 2014